IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTELLA DORVAL | CRIMINAL ACTION<br>NO. 23-165 |

**Pappert, J.**                                                                 **December 30, 2025**

## MEMORANDUM

AND NOW, this 30th day of December, 2025, upon consideration of Christella Dorval's Motion for Early Termination of Supervised Release, (Dkt. No. 36), and the Government's Response, (Dkt. No. 38), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

1